Thomas Regan, by his next friend, Defendant in Error, v. H. C. W. Gresens, Plaintiff in Error.

Gen. No. 22,660. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. RUFUS F. ROBINSON, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed July 2, 1917.

### Statement of the Case.

Action by Thomas Regan, a minor, by his father and next friend, plaintiff, against H. C. W. Gresens, defendant, for damages for personal injuries due to defendant's automobile running into a grocery wagon in which plaintiff and two other children were playing, causing the horse to run away and throw the children out. From a judgment for plaintiff, defendant brings error.

This case was consolidated with *Hayes v. Gresens,* Gen. No. 22,659, *ante,* p. 149, and is governed by the decision in that case.

BROSIUS & MABEE, for plaintiff in error.

BENJAMIN P. ACKERMAN, for defendant in error; JACOB LEVY and JOSIAH BURNHAM, of counsel.

MR. JUSTICE McSURELY delivered the opinion of the court.